JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN LEMON,<br><br>    Petitioner,<br><br>   v.<br><br>RAYMOND MADDEN,<br><br>    Respondent. | CASE NO. 2:16-CV-04998-VBF (SK)<br><br>JUDGMENT |

  **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: September 6, 2016

STEVE KIM
U.S. MAGISTRATE JUDGE