# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELVIN LEMON,** | No. LA CV 16-04998-VBF-SK |
| Petitioner, | **AMENDED** JUDGMENT |
| v. | |
| RAYMOND MADDEN, | |
| Respondent. | |

This Amended Judgment supersedes and replaces the Judgment entered on September 6, 2016.

Pursuant to this Court's September 20, 2016 Order Advising Petitioner that He May Move to Reinstate this Case . . . ; Permitting Madden to Respond . . . ; Permitting Petitioner to Reply . . . ; Directing Entry of Amended Judgment; and Warning that Case Will Be Dismissed With Prejudice Due to Lack of Prosecution and Untimeliness If Petitioner Fails to File a Timely Persuasive Reinstatement Motion" (Doc. #9), **it is ADJUDGED that the petition for a writ of habeas corpus is DISMISSED without prefudice.**

DATED:  Monday, September 26, 2016

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE