# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELVIN LEMON,** | No. LA CV 16-04998-VBF |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| RAYMOND MADDEN, | |
| Respondent. | |

**This supersedes and replaces the Amended Judgment of Dismissal Without Prejudice entered on September 26, 2016, Case Management / Electronic Case Filing System Document ("Doc") 10.**

Pursuant to this Court's contemporaneously issued Order Converting the Prior Dismissal of this Action from 'Without Prejudice' to "With Prejudice" for Lack of Prosecution and Failure to Comply With Court Order, Directing Entry of Separate Final Judgment, and Terminating the Case, **final judgment is hereby entered in favor of respondent and against petitioner Melvin Lemon.**

DATED:  Thursday, February 23, 2017

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE